1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **FALCON ENTERPRISES, INC.**, a California Corporation; and **FALCON FOTO, LLC**, a California Company, | **Case No.:** |
| Plaintiffs, | |
| vs. | COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF |
| **FCI INC.**, a Washington Corporation d/b/a **FLYING CROCODILE INCORPORATED**; **ACCRETIVE TECHNOLOGY GROUP, INC.**, a Washington Corporation; **ROSS PERKINS** and **JANE DOE PERKINS,** individually, and the marital community composed thereof, and d/b/a Flying Crocodile Incorporated and/or Accretive Technology Group, Inc.; **SHAWN BODAY** and **JANE DOE BODAY,** individually, and the marital community composed thereof, and d/b/a Flying Crocodile Incorporated and/or Accretive Technology Group, Inc.; and **DOES 1-10,** | |
| Defendants. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24

25  //

26  //

COMPLAINT - 1

Plaintiffs, Falcon Enterprises, Inc., a California corporation, and Falcon Foto, LLC, a California Limited Liability Company (collectively "FALCON") bring this action for Copyright Infringement and Supplemental Claims against Defendants FCI, Inc., a Washington corporation d/b/a Flying Crocodile Incorporated ("FCI"), Accretive Technology Group, Inc., a Washington corporation ("ACCRETIVE"), Ross Perkins and Jane Doe Perkins, individually, and the marital community composed thereof, and d/b/a Flying Crocodile Incorporated and/or Accretive Technology Group, Inc. (jointly "PERKINS"); Shawn Boday and Jane Doe Boday, individually, and the marital community composed thereof, and d/b/a Flying Crocodile Incorporated and/or Accretive Technology Group, Inc. (jointly "BODAY"); and Does 1-10,collectively referred to as "Defendants", and allege as follows:

## JURISDICTION AND VENUE

1.      This Court has personal jurisdiction over the Defendants and venue is proper within the Western District of Washington because FCI is a Washington corporation with its principal place of business and operations in Seattle, Washington; ACCRETIVE is a Washington corporation with its principal place of business and operations in Seattle, Washington; and PERKINS and BODAY are United States citizens residing in the Western District of Washington.  28 U.S.C. §§ 1332, 1391 and 1400.

2.      This Court has subject matter jurisdiction over FALCON'S claims because they are Federal claims arising from Title 17 of the United Stated Code (the "Copyright Act").  28 U.S.C. §§ 1331 and 1338.

3.      This Court has supplemental jurisdiction over any State claims pursuant to 28 U.S.C. § 1367.

4.      Alternatively, this Court has diversity jurisdiction over FALCON'S claims because the parties are diverse and the claims herein exceed $75,000, exclusive of attorneys' fees and costs.  28 U.S.C. § 1332.

COMPLAINT - 2

## THE PARTIES

5.     Plaintiff Falcon Enterprises, Inc. is a California corporation with its principal place of business in Los Angeles, California.

6.     Plaintiff Falcon Foto, LLC is a California Limited Liability Company with its principal place of business in Los Angeles, California.

7.     Upon information and belief, Defendant FCI is a Washington corporation with its principal place of business and operations at 2019 3rd Ave., Suite 200, Seattle, WA, 98121. Plaintiff's further allege that FCI is engaged in activities affecting federal interstate and/or foreign commerce.

8.     Upon information and belief, Defendant ACCRETIVE is a Washington corporation with its principal place of business and operations at 2019 3rd Ave., Suite 200, Seattle, WA, 98121.  Plaintiff's further allege that ACCRETIVE is engaged in activities affecting federal interstate and/or foreign commerce.

9.     Upon information and belief, Defendants PERKINS, husband and wife and the marital community composed thereof who, are United States citizens residing in the Western District of Washington.  Plaintiffs further allege that Perkins is engaged in activities affecting federal interstate and/or foreign commerce.

10.     Upon information and belief, Defendants BODAY, husband and wife and the marital community composed thereof, are United States citizens residing in the Western District of Washington.  Plaintiffs further allege that Boday is engaged in activities affecting federal interstate and/or foreign commerce.

## FACTUAL BACKGROUND

11.     Plaintiff Falcon Foto, LLC is the owner of the world's largest copyrighted adult entertainment libraries of photographic images ("images").  FALCON is one of the most

COMPLAINT - 3

1    predominant suppliers of photographic images to both print and Internet based publishers.

2         12.    Plaintiff Falcon Enterprises, Inc. is the exclusive marketing agent for Falcon Foto,

3    LLC.  Falcon Enterprises, Inc.'s business is to license to various publishers the rights to use

4    Falcon Foto, LLC's copyrighted photographs for a licensing fee.

5         13.    FCI and/or ACCRETIVE, have, at all material times, been the owner of numerous

6    Internet Web sites or Internet Domains.  The Web sites contain digital images.  Consumers are

7    provided access to content on these Web sites through an individual password and in return for

8    the payment of a monthly membership and/or subscription fee.

9         14.    PERKINS has, at all material times, been an owner, director, officer, and/or

10   employee of FCI and/or ACCRETIVE.

11        15.    PERKINS, acting either independently or in concert with the other defendants,

12   exerted dominion and control over the Web sites that contained the Falcon images that were

13   infringed.

14        16.    BODAY has, at all material times, been an owner, director, officer, and/or

15   employee of FCI and/or ACCRETIVE.

16        17.    BODAY, acting either independently or in concert with the other defendants,

17   exerted dominion and control over the Web sites that contained the Falcon images that were

18   infringed.

19        18.    FCI Inc. has been listed by the WHOIS Internet Domain registrar, at all material

20   times, as the owner of the Internet Web site www.pornparks.com (the "Web Site"):

21        19.    FCI is listed by the WHOIS Internet Domain registrar as the Administrative

22   contact for the Web Site.

23        20.    PERKINS is listed by the WHOIS Internet Domain registrar as the Technical

24   contact for the Web Site.

25        21.    ACCRETIVE has, at all material times, been listed by the WHOIS Internet

26   Domain registrar as the Host for the Web Site.

COMPLAINT - 4

22.     ACCRETIVE, acting either independently or in concert with the other defendants, exerted dominion and control over the Web sites that contained the Falcon images that were infringed.

23.     FCI and ACCRETIVE both provide the same address at 2019 3rd Ave., Suite 200, Seattle, WA, 98121 as their respective business addresses, and also provide the same telephone number of 206-374-0374 as their respective business telephone numbers.

24.     Upon information and belief, ACCRETIVE is the alter ego of FCI.

25.     Defendants derive or have derived revenues from the Web Sites' membership and/or subscription fees.

## DEFENDANTS' UNLAWFUL CONDUCT

pornparks.com

26.     On or about October 17, 2006, Defendants, in concert and/or individually, on the Internet Web site located at teen.pornparks.com/htspdss/, displayed the following digital images copyrighted by Plaintiffs, thereby infringing the registered copyright(s) associated with each of those images:

(1)     trx175_10.jpg as trx175_10.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(2)     trx175_11.jpg as trx175_11.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(3)     trx175_12.jpg as trx175_12.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(4)     trx175_13.jpg as trx175_13.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(5)     trx175_14.jpg as trx175_14.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(6)     trx175_15.jpg as trx175_15.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(7)     trx175_16.jpg as trx175_16.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(8)     trx175_17.jpg as trx175_17.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(9)     trx175_18.jpg as trx175_18.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(10)    trx175_19.jpg as trx175_19.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

COMPLAINT - 5

1     (11)    trx175_2.jpg as trx175_2.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

2     (12)    trx175_20.jpg as trx175_20.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

3     (13)    trx175_21.jpg as trx175_21.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

4     (14)    trx175_22.jpg as trx175_22.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

5     (15)    trx175_23.jpg as trx175_23.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

6     (16)    trx175_24.jpg as trx175_24.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

7     (17)    trx175_25.jpg as trx175_25.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

8     (18)    trx175_26.jpg as trx175_26.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

9     (19)    trx175_28.jpg as trx175_28.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

10     (20)    trx175_29.jpg as trx175_29.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

11     (21)    trx175_3.jpg as trx175_3.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

12     (22)    trx175_30.jpg as trx175_30.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

13     (23)    trx175_4.jpg as trx175_4.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

14     (24)    trx175_5.jpg as trx175_5.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

15     (25)    trx175_6.jpg as trx175_6.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

16     (26)    trx175_7.jpg as trx175_7.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

17     (27)    trx175_8.jpg as trx175_8.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

18     (28)    trx175_9.jpg as trx175_9.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

19     Each of these copyrighted images was displayed without the consent of, or licensing by,

20 the Plaintiffs, the copyright owner and registrant of the images.

21     27.    On or about October 17, 2006, Defendants, in concert and/or individually, on the

22 Internet Web site located at teen.pornparks.com/htpussys/, displayed the following digital images

23 copyrighted by Plaintiffs, thereby infringing the registered copyright(s) associated with each of

24 those images:

25     (1)    msx561 (14).jpg as -free_11.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

26     (2)    msx561 (19).jpg as -free_12.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

**CARPELAW PLLC**
2400 NW 80th Street #130
Seattle, Washington 98117
(206) 624-2379 - (206) 784-6305 (fax)

(3)     msx561 (29).jpg as -free_13.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(4)     msx561 (46).jpg as -free_14.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(5)     msx561 (36).jpg as -free_15.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(6)     sff1701.jpg as SFF1701.jpg, infringing Plaintiffs' copyright(s) VAu 353-497 and VA 1-307-928;

(7)     sff1703.jpg as SFF1703.jpg, infringing Plaintiffs' copyright(s) VAu 353-497 and VA 1-307-928;

(8)     sff1704.jpg as SFF1704.jpg, infringing Plaintiffs' copyright(s) VAu 353-497 and VA 1-307-928;

(9)     sff1705.jpg as SFF1705.jpg, infringing Plaintiffs' copyright(s) VAu 353-497 and VA 1-307-928;

(10)    sff1706.jpg as SFF1706.jpg, infringing Plaintiffs' copyright(s) VAu 353-497 and VA 1-307-928;

(11)    sff1707.jpg as SFF1707.jpg, infringing Plaintiffs' copyright(s) VAu 353-497 and VA 1-307-928;

(12)    sff1708.jpg as SFF1708.jpg, infringing Plaintiffs' copyright(s) VAu 353-497 and VA 1-307-928;

(13)    sff1709.jpg as SFF1709.jpg, infringing Plaintiffs' copyright(s) VAu 353-497 and VA 1-307-928;

(14)    sff1710.jpg as SFF1710.jpg, infringing Plaintiffs' copyright(s) VAu 353-497 and VA 1-307-928;

(15)    sff1711.jpg as SFF1711.jpg, infringing Plaintiffs' copyright(s) VAu 353-497 and VA 1-307-928;

(16)    sff1712.jpg as SFF1712.jpg, infringing Plaintiffs' copyright(s) VAu 353-497 and VA 1-307-928;

(17)    sff1713.jpg as SFF1713.jpg, infringing Plaintiffs' copyright(s) VAu 353-497 and

CARPELAW PLLC
2400 NW 80th Street #130
Seattle, Washington 98117
(206) 624-2379 - (206) 784-6305 (fax)

VA 1-307-928;

(18)    sff1714.jpg as SFF1714.jpg, infringing Plaintiffs' copyright(s) VAu 353-497 and VA 1-307-928;

(19)    sff1715.jpg as SFF1715.jpg, infringing Plaintiffs' copyright(s) VAu 353-497 and VA 1-307-928;

(20)    sff1716.jpg as SFF1716.jpg, infringing Plaintiffs' copyright(s) VAu 353-497 and VA 1-307-928;

(21)    sff1717.jpg as SFF1717.jpg, infringing Plaintiffs' copyright(s) VAu 353-497 and VA 1-307-928;

(22)    sff1718.jpg as SFF1718.jpg, infringing Plaintiffs' copyright(s) VAu 353-497 and VA 1-307-928;

(23)    sff1719.jpg as SFF1719.jpg, infringing Plaintiffs' copyright(s) VAu 353-497 and VA 1-307-928;

(24)    sff1722.jpg as SFF1722.jpg, infringing Plaintiffs' copyright(s) VAu 353-497 and VA 1-307-928;

(25)    sff1724.jpg as SFF1724.jpg, infringing Plaintiffs' copyright(s) VAu 353-497 and VA 1-307-928;

(26)    sff1725.jpg as SFF1725.jpg, infringing Plaintiffs' copyright(s) VAu 353-497 and VA 1-307-928;

(27)    sff1727.jpg as SFF1727.jpg, infringing Plaintiffs' copyright(s) VAu 353-497 and VA 1-307-928;

(28)    sff1728.jpg as SFF1728.jpg, infringing Plaintiffs' copyright(s) VAu 353-497 and VA 1-307-928;

(29)    sff1729.jpg as SFF1729.jpg, infringing Plaintiffs' copyright(s) VAu 353-497 and VA 1-307-928;

(30)    sff1730.jpg as SFF1730.jpg, infringing Plaintiffs' copyright(s) VAu 353-497 and

CARPELAW PLLC
2400 NW 80th Street #130
Seattle, Washington 98117
(206) 624-2379 - (206) 784-6305 (fax)

1    VA 1-307-928;

2    Each of these copyrighted images was displayed without the consent of, or licensing by,

3    the Plaintiffs, the copyright owner and registrant of the images.

4    28.    On or about October 17, 2006, Defendants, in concert and/or individually, on the

5    Internet Web site located at teen.pornparks.com/rhllovs/, displayed the following digital images

6    copyrighted by Plaintiffs, thereby infringing the registered copyright(s) associated with each of

7    those images:

8    (1)    trx545_10.jpg as trx545_10.jpg, infringing Plaintiffs' copyright(s) VAu 692-240;

9    (2)    trx545_11.jpg as trx545_11.jpg, infringing Plaintiffs' copyright(s) VAu 692-240;

10   (3)    trx545_12.jpg as trx545_12.jpg, infringing Plaintiffs' copyright(s) VAu 692-240;

11   (4)    trx545_14.jpg as trx545_14.jpg, infringing Plaintiffs' copyright(s) VAu 692-240;

12   (5)    trx545_16.jpg as trx545_16.jpg, infringing Plaintiffs' copyright(s) VAu 692-240;

13   (6)    trx545_18.jpg as trx545_18.jpg, infringing Plaintiffs' copyright(s) VAu 692-240;

14   (7)    trx545_19.jpg as trx545_19.jpg, infringing Plaintiffs' copyright(s) VAu 692-240;

15   (8)    trx545_2.jpg as trx545_2.jpg, infringing Plaintiffs' copyright(s) VAu 692-240;

16   (9)    trx545_20.jpg as trx545_20.jpg, infringing Plaintiffs' copyright(s) VAu 692-240;

17   (10)   trx545_22.jpg as trx545_22.jpg, infringing Plaintiffs' copyright(s) VAu 692-240;

18   (11)   trx545_27.jpg as trx545_27.jpg, infringing Plaintiffs' copyright(s) VAu 692-240;

19   (12)   trx545_29.jpg as trx545_29.jpg, infringing Plaintiffs' copyright(s) VAu 692-240;

20   (13)   trx545_3.jpg as trx545_3.jpg, infringing Plaintiffs' copyright(s) VAu 692-240;

21   (14)   trx545_30.jpg as trx545_30.jpg, infringing Plaintiffs' copyright(s) VAu 692-240;

22   (15)   trx545_31.jpg as trx545_31.jpg, infringing Plaintiffs' copyright(s) VAu 692-240;

23   (16)   trx545_32.jpg as trx545_32.jpg, infringing Plaintiffs' copyright(s) VAu 692-240;

24   (17)   trx545_33.jpg as trx545_33.jpg, infringing Plaintiffs' copyright(s) VAu 692-240;

25   (18)   trx545_34.jpg as trx545_34.jpg, infringing Plaintiffs' copyright(s) VAu 692-240;

26   (19)   trx545_37.jpg as trx545_37.jpg, infringing Plaintiffs' copyright(s) VAu 692-240;

**CARPELAW PLLC**
2400 NW 80th Street #130
Seattle, Washington 98117
(206) 624-2379 - (206) 784-6305 (fax)

(20)     trx545_39.jpg as trx545_39.jpg, infringing Plaintiffs' copyright(s) VAu 692-240;

(21)     trx545_4.jpg as trx545_4.jpg, infringing Plaintiffs' copyright(s) VAu 692-240;

(22)     trx545_40.jpg as trx545_40.jpg, infringing Plaintiffs' copyright(s) VAu 692-240;

(23)     trx545_6.jpg as trx545_6.jpg, infringing Plaintiffs' copyright(s) VAu 692-240;

(24)     trx545_8.jpg as trx545_8.jpg, infringing Plaintiffs' copyright(s) VAu 692-240;

(25)     trx545_9.jpg as trx545_9.jpg, infringing Plaintiffs' copyright(s) VAu 692-240;

Each of these copyrighted images was displayed without the consent of, or licensing by, the Plaintiffs, the copyright owner and registrant of the images.

29.     On or about August 14, 2006, Defendants, in concert and/or individually, on the Internet Web site located at teen.pornparks.com/hhyteens/, displayed the following digital images copyrighted by Plaintiffs, thereby infringing the registered copyright(s) associated with each of those images:

(1)     trx175_10.jpg as trx175_10.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(2)     trx175_11.jpg as trx175_11.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(3)     trx175_12.jpg as trx175_12.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(4)     trx175_13.jpg as trx175_13.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(5)     trx175_14.jpg as trx175_14.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(6)     trx175_15.jpg as trx175_15.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(7)     trx175_16.jpg as trx175_16.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(8)     trx175_17.jpg as trx175_17.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(9)     trx175_18.jpg as trx175_18.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(10)     trx175_19.jpg as trx175_19.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(11)     trx175_2.jpg as trx175_2.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(12)     trx175_20.jpg as trx175_20.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(13)     trx175_21.jpg as trx175_21.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(14)     trx175_22.jpg as trx175_22.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

CARPELAW PLLC
2400 NW 80th Street #130
Seattle, Washington 98117
(206) 624-2379 - (206) 784-6305 (fax)

(15)   trx175_23.jpg as trx175_23.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(16)   trx175_24.jpg as trx175_24.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(17)   trx175_25.jpg as trx175_25.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(18)   trx175_26.jpg as trx175_26.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(19)   trx175_28.jpg as trx175_28.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(20)   trx175_29.jpg as trx175_29.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(21)   trx175_3.jpg as trx175_3.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(22)   trx175_30.jpg as trx175_30.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(23)   trx175_4.jpg as trx175_4.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(24)   trx175_5.jpg as trx175_5.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(25)   trx175_6.jpg as trx175_6.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(26)   trx175_7.jpg as trx175_7.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(27)   trx175_8.jpg as trx175_8.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(28)   trx175_9.jpg as trx175_9.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

Each of these copyrighted images was displayed without the consent of, or licensing by, the Plaintiffs, the copyright owner and registrant of the images.

30.   On or about August 14, 2006, Defendants, in concert and/or individually, on the Internet Web site located at asian.pornparks.com/fegirls/, displayed the following digital images copyrighted by Plaintiffs, thereby infringing the registered copyright(s) associated with each of those images:

(1)   kwx107_1.jpg as -KWX107_1.jpg, infringing Plaintiffs' copyright(s) VAu 702-871;

(2)   kwx107_10.jpg as -KWX107_10.jpg, infringing Plaintiffs' copyright(s) VAu 702-871;

(3)   kwx107_11.jpg as -KWX107_11.jpg, infringing Plaintiffs' copyright(s) VAu 702-871;

COMPLAINT - 11

1     (4)     kwx107_12.jpg as -KWX107_12.jpg, infringing Plaintiffs' copyright(s) VAu 702-

2     871;

3     (5)     kwx107_14.jpg as -KWX107_14.jpg, infringing Plaintiffs' copyright(s) VAu 702-

4     871;

5     (6)     kwx107_15.jpg as -KWX107_15.jpg, infringing Plaintiffs' copyright(s) VAu 702-

6     871;

7     (7)     kwx107_16.jpg as -KWX107_16.jpg, infringing Plaintiffs' copyright(s) VAu 702-

8     871;

9     (8)     kwx107_17.jpg as -KWX107_17.jpg, infringing Plaintiffs' copyright(s) VAu 702-

10     871;

11     (9)     kwx107_18.jpg as -KWX107_18.jpg, infringing Plaintiffs' copyright(s) VAu 702-

12     871;

13     (10)     kwx107_19.jpg as -KWX107_19.jpg, infringing Plaintiffs' copyright(s) VAu 702-

14     871;

15     (11)     kwx107_2.jpg as -KWX107_2.jpg, infringing Plaintiffs' copyright(s) VAu 702-

16     871;

17     (12)     kwx107_20.jpg as -KWX107_20.jpg, infringing Plaintiffs' copyright(s) VAu 702-

18     871;

19     (13)     kwx107_21.jpg as -KWX107_21.jpg, infringing Plaintiffs' copyright(s) VAu 702-

20     871;

21     (14)     kwx107_3.jpg as -KWX107_3.jpg, infringing Plaintiffs' copyright(s) VAu 702-

22     871;

23     (15)     kwx107_4.jpg as -KWX107_4.jpg, infringing Plaintiffs' copyright(s) VAu 702-

24     871;

25     (16)     kwx107_5.jpg as -KWX107_5.jpg, infringing Plaintiffs' copyright(s) VAu 702-

26     871;

COMPLAINT - 12

(17)   kwx107_6.jpg as -KWX107_6.jpg, infringing Plaintiffs' copyright(s) VAu 702-871;

(18)   kwx107_7.jpg as -KWX107_7.jpg, infringing Plaintiffs' copyright(s) VAu 702-871;

(19)   kwx107_8.jpg as -KWX107_8.jpg, infringing Plaintiffs' copyright(s) VAu 702-871;

(20)   kwx107_9.jpg as -KWX107_9.jpg, infringing Plaintiffs' copyright(s) VAu 702-871;

(21)   trx336_1.jpg as -trx336_1.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(22)   trx336_10.jpg as -trx336_10.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(23)   trx336_11.jpg as -trx336_11.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(24)   trx336_12.jpg as -trx336_12.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(25)   trx336_13.jpg as -trx336_13.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(26)   trx336_14.jpg as -trx336_14.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(27)   trx336_15.jpg as -trx336_15.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(28)   trx336_16.jpg as -trx336_16.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(29)   trx336_17.jpg as -trx336_17.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(30)   trx336_18.jpg as -trx336_18.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(31)   trx336_19.jpg as -trx336_19.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(32)   trx336_2.jpg as -trx336_2.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(33)   trx336_20.jpg as -trx336_20.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(34)   trx336_21.jpg as -trx336_21.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(35)   trx336_22.jpg as -trx336_22.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(36)   trx336_23.jpg as -trx336_23.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(37)   trx336_24.jpg as -trx336_24.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(38)   trx336_25.jpg as -trx336_25.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

CARPELAW PLLC
2400 NW 80th Street #130
Seattle, Washington 98117
(206) 624-2379 - (206) 784-6305 (fax)

1    (39)    trx336_26.jpg as -trx336_26.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

2    (40)    trx336_27.jpg as -trx336_27.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

3    (41)    trx336_28.jpg as -trx336_28.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

4    (42)    trx336_29.jpg as -trx336_29.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

5    (43)    trx336_3.jpg as -trx336_3.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

6    (44)    trx336_30.jpg as -trx336_30.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

7    (45)    trx336_31.jpg as -trx336_31.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

8    (46)    trx336_32.jpg as -trx336_32.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

9    (47)    trx336_33.jpg as -trx336_33.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

10    (48)    trx336_34.jpg as -trx336_34.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

11    (49)    trx336_35.jpg as -trx336_35.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

12    (50)    trx336_36.jpg as -trx336_36.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

13    (51)    trx336_37.jpg as -trx336_37.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

14    (52)    trx336_38.jpg as -trx336_38.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

15    (53)    trx336_39.jpg as -trx336_39.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

16    (54)    trx336_4.jpg as -trx336_4.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

17    (55)    trx336_40.jpg as -trx336_40.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

18    (56)    trx336_41.jpg as -trx336_41.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

19    (57)    trx336_42.jpg as -trx336_42.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

20    (58)    trx336_43.jpg as -trx336_43.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

21    (59)    trx336_44.jpg as -trx336_44.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

22    (60)    trx336_45.jpg as -trx336_45.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

23    (61)    trx336_46.jpg as -trx336_46.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

24    (62)    trx336_47.jpg as -trx336_47.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

25    (63)    trx336_48.jpg as -trx336_48.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

26    (64)    trx336_49.jpg as -trx336_49.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

**CARPELAW PLLC**
2400 NW 80th Street #130
Seattle, Washington 98117
(206) 624-2379 - (206) 784-6305 (fax)

(65)   trx336_5.jpg as -trx336_5.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(66)   trx336_50.jpg as -trx336_50.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(67)   trx336_6.jpg as -trx336_6.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(68)   trx336_7.jpg as -trx336_7.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(69)   trx336_8.jpg as -trx336_8.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(70)   trx336_9.jpg as -trx336_9.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(71)   kwx107_1.jpg as KWX107_1.jpg, infringing Plaintiffs' copyright(s) VAu 702-871;

(72)   kwx107_10.jpg as KWX107_10.jpg, infringing Plaintiffs' copyright(s) VAu 702-871;

(73)   kwx107_11.jpg as KWX107_11.jpg, infringing Plaintiffs' copyright(s) VAu 702-871;

(74)   kwx107_12.jpg as KWX107_12.jpg, infringing Plaintiffs' copyright(s) VAu 702-871;

(75)   kwx107_14.jpg as KWX107_14.jpg, infringing Plaintiffs' copyright(s) VAu 702-871;

(76)   kwx107_15.jpg as KWX107_15.jpg, infringing Plaintiffs' copyright(s) VAu 702-871;

(77)   kwx107_16.jpg as KWX107_16.jpg, infringing Plaintiffs' copyright(s) VAu 702-871;

(78)   kwx107_17.jpg as KWX107_17.jpg, infringing Plaintiffs' copyright(s) VAu 702-871;

(79)   kwx107_18.jpg as KWX107_18.jpg, infringing Plaintiffs' copyright(s) VAu 702-871;

(80)   kwx107_19.jpg as KWX107_19.jpg, infringing Plaintiffs' copyright(s) VAu 702-871;

COMPLAINT - 15

1   (81)   kwx107_2.jpg as KWX107_2.jpg, infringing Plaintiffs' copyright(s) VAu 702-

2   871;

3   (82)   kwx107_20.jpg as KWX107_20.jpg, infringing Plaintiffs' copyright(s) VAu 702-

4   871;

5   (83)   kwx107_21.jpg as KWX107_21.jpg, infringing Plaintiffs' copyright(s) VAu 702-

6   871;

7   (84)   kwx107_3.jpg as KWX107_3.jpg, infringing Plaintiffs' copyright(s) VAu 702-

8   871;

9   (85)   kwx107_4.jpg as KWX107_4.jpg, infringing Plaintiffs' copyright(s) VAu 702-

10   871;

11   (86)   kwx107_5.jpg as KWX107_5.jpg, infringing Plaintiffs' copyright(s) VAu 702-

12   871;

13   (87)   kwx107_6.jpg as KWX107_6.jpg, infringing Plaintiffs' copyright(s) VAu 702-

14   871;

15   (88)   kwx107_7.jpg as KWX107_7.jpg, infringing Plaintiffs' copyright(s) VAu 702-

16   871;

17   (89)   kwx107_8.jpg as KWX107_8.jpg, infringing Plaintiffs' copyright(s) VAu 702-

18   871;

19   (90)   kwx107_9.jpg as KWX107_9.jpg, infringing Plaintiffs' copyright(s) VAu 702-

20   871;

21   (91)   trx336_1.jpg as trx336_1.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

22   (92)   trx336_11.jpg as trx336_11.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

23   (93)   trx336_12.jpg as trx336_12.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

24   (94)   trx336_13.jpg as trx336_13.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

25   (95)   trx336_14.jpg as trx336_14.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

26   (96)   trx336_15.jpg as trx336_15.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

COMPLAINT - 16

1    (97)    trx336_16.jpg as trx336_16.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

2    (98)    trx336_17.jpg as trx336_17.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

3    (99)    trx336_18.jpg as trx336_18.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

4    (100)   trx336_19.jpg as trx336_19.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

5    (101)   trx336_2.jpg as trx336_2.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

6    (102)   trx336_20.jpg as trx336_20.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

7    (103)   trx336_21.jpg as trx336_21.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

8    (104)   trx336_22.jpg as trx336_22.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

9    (105)   trx336_23.jpg as trx336_23.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

10   (106)   trx336_24.jpg as trx336_24.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

11   (107)   trx336_25.jpg as trx336_25.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

12   (108)   trx336_26.jpg as trx336_26.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

13   (109)   trx336_27.jpg as trx336_27.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

14   (110)   trx336_28.jpg as trx336_28.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

15   (111)   trx336_3.jpg as trx336_3.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

16   (112)   trx336_30.jpg as trx336_30.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

17   (113)   trx336_31.jpg as trx336_31.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

18   (114)   trx336_32.jpg as trx336_32.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

19   (115)   trx336_33.jpg as trx336_33.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

20   (116)   trx336_34.jpg as trx336_34.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

21   (117)   trx336_35.jpg as trx336_35.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

22   (118)   trx336_36.jpg as trx336_36.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

23   (119)   trx336_37.jpg as trx336_37.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

24   (120)   trx336_38.jpg as trx336_38.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

25   (121)   trx336_39.jpg as trx336_39.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

26   (122)   trx336_4.jpg as trx336_4.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

CARPELAW PLLC
2400 NW 80th Street #130
Seattle, Washington 98117
(206) 624-2379 - (206) 784-6305 (fax)

(123)   trx336_40.jpg as trx336_40.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(124)   trx336_41.jpg as trx336_41.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(125)   trx336_42.jpg as trx336_42.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(126)   trx336_43.jpg as trx336_43.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(127)   trx336_44.jpg as trx336_44.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(128)   trx336_45.jpg as trx336_45.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(129)   trx336_46.jpg as trx336_46.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(130)   trx336_47.jpg as trx336_47.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(131)   trx336_48.jpg as trx336_48.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(132)   trx336_49.jpg as trx336_49.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(133)   trx336_5.jpg as trx336_5.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(134)   trx336_50.jpg as trx336_50.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(135)   trx336_6.jpg as trx336_6.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(136)   trx336_7.jpg as trx336_7.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(137)   trx336_8.jpg as trx336_8.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

(138)   trx336_9.jpg as trx336_9.jpg, infringing Plaintiffs' copyright(s) VAu 692-274;

Each of these copyrighted images was displayed without the consent of, or licensing by, the Plaintiffs, the copyright owner and registrant of the images.

31.   On or about August 14, 2006, Defendants, in concert and/or individually, on the Internet Web site located at teen.pornparks.com/atdelite/, displayed the following digital images copyrighted by Plaintiffs, thereby infringing the registered copyright(s) associated with each of those images:

(1)   sfd62_1.jpg as -SFD62_1.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(2)   sfd62_10.jpg as -SFD62_10.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(3)   sfd62_11.jpg as -SFD62_11.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(4)   sfd62_12.jpg as -SFD62_12.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

COMPLAINT - 18

(5)     sfd62_13.jpg as -SFD62_13.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(6)     sfd62_14.jpg as -SFD62_14.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(7)     sfd62_15.jpg as -SFD62_15.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(8)     sfd62_16.jpg as -SFD62_16.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(9)     sfd62_17.jpg as -SFD62_17.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(10)    sfd62_18.jpg as -SFD62_18.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(11)    sfd62_19.jpg as -SFD62_19.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(12)    sfd62_2.jpg as -SFD62_2.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(13)    sfd62_20.jpg as -SFD62_20.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(14)    sfd62_3.jpg as -SFD62_3.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(15)    sfd62_4.jpg as -SFD62_4.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(16)    sfd62_5.jpg as -SFD62_5.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(17)    sfd62_6.jpg as -SFD62_6.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(18)    sfd62_7.jpg as -SFD62_7.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(19)    sfd62_8.jpg as -SFD62_8.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(20)    sfd62_9.jpg as -SFD62_9.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(21)    sfc014_1.jpg as -sfc014_1.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

(22)    sfc014_10.jpg as -sfc014_10.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

(23)    sfc014_11.jpg as -sfc014_11.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

(24)    sfc014_12.jpg as -sfc014_12.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

(25)    sfc014_13.jpg as -sfc014_13.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

(26)    sfc014_14.jpg as -sfc014_14.jpg, infringing Plaintiffs' copyright(s) VA 1-230-

CARPELAW PLLC
2400 NW 80th Street #130
Seattle, Washington 98117
(206) 624-2379 - (206) 784-6305 (fax)

977;

(27)     sfc014_15.jpg as -sfc014_15.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

(28)     sfc014_16.jpg as -sfc014_16.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

(29)     sfc014_17.jpg as -sfc014_17.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

(30)     sfc014_18.jpg as -sfc014_18.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

(31)     sfc014_19.jpg as -sfc014_19.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

(32)     sfc014_2.jpg as -sfc014_2.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

(33)     sfc014_20.jpg as -sfc014_20.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

(34)     sfc014_3.jpg as -sfc014_3.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

(35)     sfc014_4.jpg as -sfc014_4.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

(36)     sfc014_5.jpg as -sfc014_5.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

(37)     sfc014_6.jpg as -sfc014_6.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

(38)     sfc014_7.jpg as -sfc014_7.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

(39)     sfc014_8.jpg as -sfc014_8.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

(40)     sfc014_9.jpg as -sfc014_9.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

(41)     sfd111_1.jpg as -sfd111_1.jpg, infringing Plaintiffs' copyright(s) VAu 702-802;

(42)     sfd111_10.jpg as -sfd111_10.jpg, infringing Plaintiffs' copyright(s) VAu 702-802;

(43)     sfd111_11.jpg as -sfd111_11.jpg, infringing Plaintiffs' copyright(s) VAu 702-802;

COMPLAINT - 20

**CARPELAW PLLC**
2400 NW 80th Street #130
Seattle, Washington 98117
(206) 624-2379 - (206) 784-6305 (fax)

1   (44)   sfd111_12.jpg as -sfd111_12.jpg, infringing Plaintiffs' copyright(s) VAu 702-
2        802;

3   (45)   sfd111_13.jpg as -sfd111_13.jpg, infringing Plaintiffs' copyright(s) VAu 702-
4        802;

5   (46)   sfd111_14.jpg as -sfd111_14.jpg, infringing Plaintiffs' copyright(s) VAu 702-
6        802;

7   (47)   sfd111_15.jpg as -sfd111_15.jpg, infringing Plaintiffs' copyright(s) VAu 702-
8        802;

9   (48)   sfd111_16.jpg as -sfd111_16.jpg, infringing Plaintiffs' copyright(s) VAu 702-
10       802;

11  (49)   sfd111_17.jpg as -sfd111_17.jpg, infringing Plaintiffs' copyright(s) VAu 702-
12       802;

13  (50)   sfd111_18.jpg as -sfd111_18.jpg, infringing Plaintiffs' copyright(s) VAu 702-
14       802;

15  (51)   sfd111_19.jpg as -sfd111_19.jpg, infringing Plaintiffs' copyright(s) VAu 702-
16       802;

17  (52)   sfd111_2.jpg as -sfd111_2.jpg, infringing Plaintiffs' copyright(s) VAu 702-802;

18  (53)   sfd111_20.jpg as -sfd111_20.jpg, infringing Plaintiffs' copyright(s) VAu 702-
19       802;

20  (54)   sfd111_3.jpg as -sfd111_3.jpg, infringing Plaintiffs' copyright(s) VAu 702-802;

21  (55)   sfd111_4.jpg as -sfd111_4.jpg, infringing Plaintiffs' copyright(s) VAu 702-802;

22  (56)   sfd111_5.jpg as -sfd111_5.jpg, infringing Plaintiffs' copyright(s) VAu 702-802;

23  (57)   sfd111_6.jpg as -sfd111_6.jpg, infringing Plaintiffs' copyright(s) VAu 702-802;

24  (58)   sfd111_7.jpg as -sfd111_7.jpg, infringing Plaintiffs' copyright(s) VAu 702-802;

25  (59)   sfd111_8.jpg as -sfd111_8.jpg, infringing Plaintiffs' copyright(s) VAu 702-802;

26  (60)   sfd111_9.jpg as -sfd111_9.jpg, infringing Plaintiffs' copyright(s) VAu 702-802;

CARPELAW PLLC
2400 NW 80th Street #130
Seattle, Washington 98117
(206) 624-2379 - (206) 784-6305 (fax)

1  (61) sfd62_1.jpg as SFD62_1.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

2  (62) sfd62_10.jpg as SFD62_10.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

3  (63) sfd62_11.jpg as SFD62_11.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

4  (64) sfd62_12.jpg as SFD62_12.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

5  (65) sfd62_13.jpg as SFD62_13.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

6  (66) sfd62_14.jpg as SFD62_14.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

7  (67) sfd62_15.jpg as SFD62_15.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

8  (68) sfd62_16.jpg as SFD62_16.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

9  (69) sfd62_17.jpg as SFD62_17.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

10  (70) sfd62_18.jpg as SFD62_18.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

11  (71) sfd62_19.jpg as SFD62_19.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

12  (72) sfd62_2.jpg as SFD62_2.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

13  (73) sfd62_20.jpg as SFD62_20.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

14  (74) sfd62_3.jpg as SFD62_3.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

15  (75) sfd62_4.jpg as SFD62_4.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

16  (76) sfd62_5.jpg as SFD62_5.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

17  (77) sfd62_6.jpg as SFD62_6.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

18  (78) sfd62_7.jpg as SFD62_7.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

19  (79) sfd62_8.jpg as SFD62_8.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

20  (80) sfd62_9.jpg as SFD62_9.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

21  (81) sfc014_1.jpg as sfc014_1.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

22  (82) sfc014_10.jpg as sfc014_10.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

23  (83) sfc014_11.jpg as sfc014_11.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

24  (84) sfc014_12.jpg as sfc014_12.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

25  (85) sfc014_13.jpg as sfc014_13.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

26  (86) sfc014_14.jpg as sfc014_14.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

**CARPELAW PLLC**
2400 NW 80th Street #130
Seattle, Washington 98117
(206) 624-2379 - (206) 784-6305 (fax)

(87)    sfc014_15.jpg as sfc014_15.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

(88)    sfc014_16.jpg as sfc014_16.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

(89)    sfc014_17.jpg as sfc014_17.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

(90)    sfc014_18.jpg as sfc014_18.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

(91)    sfc014_19.jpg as sfc014_19.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

(92)    sfc014_2.jpg as sfc014_2.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

(93)    sfc014_20.jpg as sfc014_20.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

(94)    sfc014_3.jpg as sfc014_3.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

(95)    sfc014_4.jpg as sfc014_4.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

(96)    sfc014_5.jpg as sfc014_5.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

(97)    sfc014_6.jpg as sfc014_6.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

(98)    sfc014_7.jpg as sfc014_7.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

(99)    sfc014_8.jpg as sfc014_8.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

(100)   sfc014_9.jpg as sfc014_9.jpg, infringing Plaintiffs' copyright(s) VA 1-230-977;

(101)   sfd111_1.jpg as sfd111_1.jpg, infringing Plaintiffs' copyright(s) VAu 702-802;

(102)   sfd111_10.jpg as sfd111_10.jpg, infringing Plaintiffs' copyright(s) VAu 702-802;

(103)   sfd111_11.jpg as sfd111_11.jpg, infringing Plaintiffs' copyright(s) VAu 702-802;

(104)   sfd111_12.jpg as sfd111_12.jpg, infringing Plaintiffs' copyright(s) VAu 702-802;

(105)   sfd111_13.jpg as sfd111_13.jpg, infringing Plaintiffs' copyright(s) VAu 702-802;

(106)   sfd111_14.jpg as sfd111_14.jpg, infringing Plaintiffs' copyright(s) VAu 702-802;

(107)   sfd111_15.jpg as sfd111_15.jpg, infringing Plaintiffs' copyright(s) VAu 702-802;

(108)   sfd111_16.jpg as sfd111_16.jpg, infringing Plaintiffs' copyright(s) VAu 702-802;

(109)   sfd111_17.jpg as sfd111_17.jpg, infringing Plaintiffs' copyright(s) VAu 702-802;

(110)   sfd111_18.jpg as sfd111_18.jpg, infringing Plaintiffs' copyright(s) VAu 702-802;

(111)   sfd111_19.jpg as sfd111_19.jpg, infringing Plaintiffs' copyright(s) VAu 702-802;

(112)   sfd111_2.jpg as sfd111_2.jpg, infringing Plaintiffs' copyright(s) VAu 702-802;

CARPELAW PLLC
2400 NW 80th Street #130
Seattle, Washington 98117
(206) 624-2379 - (206) 784-6305 (fax)

(113)   sfd111_20.jpg as sfd111_20.jpg, infringing Plaintiffs' copyright(s) VAu 702-802;

(114)   sfd111_3.jpg as sfd111_3.jpg, infringing Plaintiffs' copyright(s) VAu 702-802;

(115)   sfd111_4.jpg as sfd111_4.jpg, infringing Plaintiffs' copyright(s) VAu 702-802;

(116)   sfd111_5.jpg as sfd111_5.jpg, infringing Plaintiffs' copyright(s) VAu 702-802;

(117)   sfd111_6.jpg as sfd111_6.jpg, infringing Plaintiffs' copyright(s) VAu 702-802;

(118)   sfd111_7.jpg as sfd111_7.jpg, infringing Plaintiffs' copyright(s) VAu 702-802;

(119)   sfd111_8.jpg as sfd111_8.jpg, infringing Plaintiffs' copyright(s) VAu 702-802;

(120)   sfd111_9.jpg as sfd111_9.jpg, infringing Plaintiffs' copyright(s) VAu 702-802;

Each of these copyrighted images was displayed without the consent of, or licensing by, the Plaintiffs, the copyright owner and registrant of the images.

32.   On or about August 14, 2006, Defendants, in concert and/or individually, on the Internet Web site located at teen.pornparks.com/htsluts/, displayed the following digital images copyrighted by Plaintiffs, thereby infringing the registered copyright(s) associated with each of those images:

(1)   msx55218.jpg as -free10.jpg, infringing Plaintiffs' copyright(s) VAu 702-759;

(2)   msx55237.jpg as -free6.jpg, infringing Plaintiffs' copyright(s) VAu 702-759;

(3)   msx55236.jpg as -free7.jpg, infringing Plaintiffs' copyright(s) VAu 702-759;

(4)   msx55238.jpg as -free8.jpg, infringing Plaintiffs' copyright(s) VAu 702-759;

(5)   msx55239.jpg as -free9.jpg, infringing Plaintiffs' copyright(s) VAu 702-759;

(6)   msx561_2.jpg as -free_11.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(7)   msx561 (19).jpg as -free_12.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(8)   msx561_42.jpg as -free_13.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(9)   msx561_20.jpg as -free_14.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(10)   msx561 (36).jpg as -free_15.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(11)   sfd62_1.jpg as SFD62_1.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(12)   sfd62_10.jpg as SFD62_10.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

**CARPELAW PLLC**
2400 NW 80th Street #130
Seattle, Washington 98117
(206) 624-2379 - (206) 784-6305 (fax)

(13)   sfd62_11.jpg as SFD62_11.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(14)   sfd62_12.jpg as SFD62_12.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(15)   sfd62_13.jpg as SFD62_13.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(16)   sfd62_14.jpg as SFD62_14.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(17)   sfd62_15.jpg as SFD62_15.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(18)   sfd62_16.jpg as SFD62_16.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(19)   sfd62_17.jpg as SFD62_17.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(20)   sfd62_18.jpg as SFD62_18.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(21)   sfd62_19.jpg as SFD62_19.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(22)   sfd62_2.jpg as SFD62_2.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(23)   sfd62_20.jpg as SFD62_20.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(24)   sfd62_3.jpg as SFD62_3.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(25)   sfd62_4.jpg as SFD62_4.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(26)   sfd62_5.jpg as SFD62_5.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(27)   sfd62_6.jpg as SFD62_6.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(28)   sfd62_7.jpg as SFD62_7.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(29)   sfd62_8.jpg as SFD62_8.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(30)   sfd62_9.jpg as SFD62_9.jpg, infringing Plaintiffs' copyright(s) VAu 702-767;

(31)   msx55218.jpg as free10.jpg, infringing Plaintiffs' copyright(s) VAu 702-759;

(32)   msx55237.jpg as free6.jpg, infringing Plaintiffs' copyright(s) VAu 702-759;

(33)   msx55236.jpg as free7.jpg, infringing Plaintiffs' copyright(s) VAu 702-759;

(34)   msx55238.jpg as free8.jpg, infringing Plaintiffs' copyright(s) VAu 702-759;

(35)   msx55239.jpg as free9.jpg, infringing Plaintiffs' copyright(s) VAu 702-759;

(36)   msx561_2.jpg as free_11.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(37)   msx561 (19).jpg as free_12.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(38)   msx561_42.jpg as free_13.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

COMPLAINT - 25

(39)    msx561_20.jpg as free_14.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

(40)    msx561 (36).jpg as free_15.jpg, infringing Plaintiffs' copyright(s) VAu 353-497;

Each of these copyrighted images was displayed without the consent of, or licensing by, the Plaintiffs, the copyright owner and registrant of the images.

33.    Copyright No. VA 1-230-977, was infringed no fewer than 40 times.  A true and correct copy of the registration or application therefor is attached hereto as Exhibit "1".

34.    Copyright No. VA 1-307-928, was infringed no fewer than 25 times.  A true and correct copy of the registration or application therefor is attached hereto as Exhibit "2".

35.    Copyright No. VAu 353-497, was infringed no fewer than 96 times.  A true and correct copy of the registration or application therefor is attached hereto as Exhibit "3".

36.    Copyright No. VAu 692-240, was infringed no fewer than 25 times.  A true and correct copy of the registration or application therefor is attached hereto as Exhibit "4".

37.    Copyright No. VAu 692-274, was infringed no fewer than 98 times.  A true and correct copy of the registration or application therefor is attached hereto as Exhibit "5".

38.    Copyright No. VAu 702-759, was infringed no fewer than 10 times.  A true and correct copy of the registration or application therefor is attached hereto as Exhibit "6".

39.    Copyright No. VAu 702-767, was infringed no fewer than 60 times.  A true and correct copy of the registration or application therefor is attached hereto as Exhibit "7".

40.    Copyright No. VAu 702-802, was infringed no fewer than 40 times.  A true and correct copy of the registration or application therefor is attached hereto as Exhibit "8".

41.    Copyright No. VAu 702-871, was infringed no fewer than 40 times.  A true and correct copy of the registration or application therefor is attached hereto as Exhibit "9".

## COUNT I

### (Copyright Infringement, 17 U.S.C § 501 et seq.)

42.    FALCON repeats, realleges, and incorporates by reference each and every

COMPLAINT - 26

1   allegation set forth in paragraphs 1 through 41 above.

2       43.     FALCON is the sole owner of all right, title, and interest to each of the digital

3   images referenced herein and covered by FALCON'S registered copyrights, and of all

4   corresponding copyrights and Certificates of Registration.

5       44.     Each of the FALCON'S copyrighted works consists of material original to

6   FALCON and each is copyrightable subject matter.

7       45.     Defendants have copied, reproduced, distributed, adapted, and/or publicly

8   displayed FALCON'S copyrighted works without the consent or authority of FALCON, thereby

9   directly infringing FALCON'S copyrights.

10      46.     Defendants' conduct constitutes infringement of FALCON'S copyrights and

11  exclusive rights under copyright in violation of 17 U.S.C. §§ 106 and 501 *et seq*.

12      47.     The infringement of FALCON'S rights in and to each of the digital images

13  constitutes a separate and distinct act of infringement.

14      48.     The acts of infringement by Defendants have been willful, intentional, and

15  purposeful, in reckless disregard of and with indifference to the rights of FALCON.

16      49.     As a direct and proximate result of its unlawful conduct, Defendants are liable to

17  FALCON for copyright infringement.  FALCON has suffered, and will continue to suffer,

18  substantial losses, including, but not limited to, damage to its business reputation and goodwill.

19  FALCON is entitled to recover damages, which include its losses and all profits Defendants have

20  made as a result of their wrongful conduct, pursuant to 17 U.S.C. § 504(b).

21      50.     Alternative to actual damages plus Defendants' profits, FALCON is entitled to the

22  maximum statutory damages, pursuant to 17 U.S.C. § 504(c), in the amount of $150,000 for each

23  infringed image, or other such amounts as may be proper pursuant to 17 U.S.C. § 504(c).

24      51.     Defendants' conduct have caused and, unless enjoined and restrained by this

25  court, will continue to cause irreparable injury to FALCON for which FALCON has no adequate

26  remedy at law.  Pursuant to 17 U.S.C. § 502, FALCON is entitled to injunctive relief prohibiting

COMPLAINT - 27

1    further infringements of FALCON'S copyrights.

2         52.    FALCON also is entitled to recover their attorneys' fees and costs of suit,

3    pursuant to 17 U.S.C. § 505.

4

5                                   **COUNT II**

6         **(Contributory Copyright Infringement, 17 U.S.C. § 501 et seq.)**

7         53.    FALCON repeats, realleges, and incorporates by reference the allegations in

8    Paragraphs 1 through 52 as if set forth fully herein.

9         54.    To the extent not done directly, each Defendant has engaged in the business of

10   knowingly inducing, causing, and/or materially contributing to the unauthorized reproduction,

11   adaptation, public display, and/or distribution of copies of the FALCON'S copyrighted works by

12   one or more of the others, and thus to the direct infringement of FALCON'S copyrighted images.

13        55.    To the extent not done directly, each Defendant's conduct constitutes contributory

14   infringement of FALCON'S copyrights and exclusive rights under copyright in FALCON'S

15   copyrighted works in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501.

16        56.    The infringement of FALCON'S rights in and to each of FALCON'S copyrighted

17   works constitutes a separate and distinct infringement.

18        57.    The acts of infringement by each Defendant have been willful, intentional, and

19   purposeful, in reckless disregard of and with indifference to the rights of FALCON.

20        58.    As a direct and proximate result of the infringements by Defendants of

21   FALCON'S copyrights and exclusive rights under copyright in FALCON'S Copyrighted Works,

22   they are entitled to actual damages and each Defendant's profits pursuant to 17 U.S.C. § 504(b).

23        59.    Alternatively, FALCON is entitled to maximum statutory damages, pursuant to 17

24   U.S.C. § 504(c), in the amount of $150,000 with respect to each work infringed, or such other

25   amounts as may be proper under 17 U.S.C. § 504(c).

26        60.    FALCON is further entitled to their attorneys' fees and full costs pursuant to 17

COMPLAINT - 28

U.S.C. § 505.

## COUNT III

### (Unjust Enrichment)

61.     Plaintiffs repeat, reallege, and incorporate by reference the allegations in Paragraphs 1 through 41 as if set forth fully herein.

62.     Defendants have usurped for themselves copyrighted materials belonging to Plaintiffs for purpose of enhancing the commercial value of Defendants' goods and/or services.

63.     As a direct and proximate result of their unlawful and improper acts, Defendants have been unjustly enriched and Plaintiffs have suffered, and will continue to suffer, loss of profits by virtue of Defendants' conduct.

64.     The exact amount of unjust profits realized by each Defendant and profits lost by Plaintiffs are presently unknown and cannot be readily ascertained without an accounting.

65.     Defendants' unlawful copying, reproduction, distribution, adaptation, and/or public display of Plaintiffs' copyrighted works without the consent or authority of Plaintiffs is causing and will continue to cause irreparable injury to them unless Defendants are preliminarily and permanently restrained and enjoined from these activities.

## COUNT IV

### (Tortious Interference With Prospective Contractual Relations)

66.     Plaintiffs repeat, reallege, and incorporate by reference the allegations in Paragraphs 1 through 41 as if fully set forth herein.

67.     By displaying such digital images on Defendants' Internet Web sites, each Defendant has intentionally interfered with Plaintiffs' business of selling its digital adult images to prospective customers and has intentionally interfered with Plaintiffs' business of selling additional images to existing customers, thereby hindering Plaintiffs from selling the same

CARPELAW PLLC
2400 NW 80th Street #130
Seattle, Washington 98117
(206) 624-2379 - (206) 784-6305 (fax)

1    images to other prospective buyers and resulting in damage to Plaintiffs.

2         68.    Defendants knew or should have known that their actions would interfere with

3    Plaintiffs' existing and prospective contractual relationships with existing and prospective

4    customers.

5         69.    Defendants have wrongfully interfered with the contractual relations between

6    Plaintiffs and their customers and potential customers without justification or legal excuse.

7    Defendant's interference was willful, wanton and malicious.

8         70.    By reason of the foregoing, each Defendant is liable for all pecuniary losses

9    suffered by Plaintiffs as a result of defendants' interference, and for punitive damages.

10

11    **<u>COUNT V</u>**

12    **(Statutory And Common Law Unfair Competition)**

13         71.    Plaintiffs repeat, reallege, and incorporate by reference the allegations in

14    Paragraphs 1 through 41 as if fully set forth herein.

15         72.    By reason of the foregoing, Defendants have been, and are, engaged in unlawful,

16    unfair or fraudulent business practices, and acts of unfair competition, in violation of state law.

17         73.    Defendants' acts complained of herein have damaged and will continue to

18    damage Plaintiffs irreparably.  Plaintiffs have no adequate remedy at law for these wrongs and

19    injuries.

20         74.    The damages to Plaintiffs include harm to its goodwill and reputation in the

21    marketplace that money cannot compensate.

22         75.    Plaintiffs are entitled to a preliminary and permanent injunction restraining and

23    enjoining Defendants and their agents, servants, and employees, and all persons acting

24    thereunder, in concert with, or on their behalf, from engaging in acts of unfair competition in

25    connection with copying, reproduction, distribution, adaptation, and/or public display of

26    Plaintiffs' copyrighted works without the consent or authority of the Plaintiff, as well as an

**CARPELAW PLLC**
2400 NW 80th Street #130
Seattle, Washington 98117
(206) 624-2379 - (206) 784-6305 (fax)

1    award of Defendants' unjust profits.

2        76.    Because the exact amount of Defendants' unjust profits cannot be determined

3    without an accounting, Plaintiffs request an accounting of Defendants' profits for monies

4    obtained through Defendants' acts of unfair competition, and the imposition of a constructive

5    trust in favor of Plaintiffs on all profits obtained therefrom.

6

7                            **PRAYER FOR RELIEF**

8        WHEREFORE, Plaintiffs respectfully request judgment as follows:

9        1.    That the Court enter a judgment against each Defendant that each Defendant has

10   willfully infringed FALCON'S rights in the federally registered copyrights referenced herein in

11   violation of 17 U.S.C. § 501.

12       2.    That the Court issue injunctive relief against each Defendant, their officers,

13   agents, representatives, servants, employees, attorneys, successors and assigns, and all others in

14   active concert and/or participation with Defendants, be enjoined and restrained from violating

15   FALCON'S copyrights.

16       3.    That the Court issue temporary and permanent injunctive relief against each

17   Defendant, their officers, agents, representative, servants, employees, attorneys, successors and

18   assignees, and all other in active concert or participation with Defendants, be enjoined and

19   restrained from copying, reproducing, distributing, adapting, and/or publicly displaying

20   FALCON'S copyrighted works without the consent or authority of FALCON.

21       4.    That the Court enter an order of impoundment pursuant to 17 U.S.C. §§ 503 and

22   509(a) impounding all infringing copies of FALCON'S digital images.

23       5.    That the Court enter and order requiring each Defendant to provide to FALCON a

24   full and complete accounting of all profits obtained from their copying, reproduction,

25   distribution, adoption, and/or public display of FALCON'S copyrighted works without the

26   consent or authority of FALCON, and of any other amounts due and owing to FALCON as a

COMPLAINT - 31

1  result of each Defendant's illegal activities.

2      6.      That the Court order each Defendant to pay FALCON damages and each

3  Defendant's profits pursuant to 17 U.S.C. § 504(b), or, alternatively, enhanced statutory damages

4  pursuant to 17 U.S.C. § 504(c) and 17 U.S.C. § 504(c)(2), for each Defendant's willful

5  infringement of FALCON'S copyrights.

6      7.      That the Court order each Defendant to pay to FALCON both the costs of this suit

7  and the reasonable attorneys' fees incurred by FALCON in investigating and prosecuting this

8  action.

9      8.      That the Court grant to FALCON such other and additional relief as is just and

10 proper.

11     Dated this 28th day of February 2007.

12             Respectfully submitted,

13                                          CARPELAW PLLC

14                                          s/ Robert S. Apgood
                                            Robert S. Apgood, WSBA #31023

15                                          Attorney for Plaintiffs
                                            CARPELAW PLLC

16                                          2400 NW 80th Street #130

17                                          Seattle, WA 98117-4449
                                            Telephone: (206) 624-2379

18                                          Facsimile: (206) 784-6305
                                            Email: rob@carpelaw.com

19

20                                          Michael J. Boyle, WSBA #37846
                                            Attorney for Plaintiffs

21                                          CARPELAW PLLC
                                            2400 NW 80th Street #130

22                                          Seattle, WA 98117-4449

23                                          Telephone: (206) 624-2379
                                            Facsimile: (206) 784-6305

24                                          Email: mike@carpelaw.com

25

26

COMPLAINT - 32                        **CARPELAW PLLC**
                                       2400 NW 80th Street #130
                                       Seattle, Washington 98117
                                       (206) 624-2379 - (206) 784-6305 (fax)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

FREEMAN LAW FIRM, INC.

Spencer D. Freeman, WSBA #25069
Attorney for Plaintiffs
FREEMAN LAW FIRM, INC.
2401 North 30th Street
Tacoma, WA 98403
Telephone: (253) 383-4500
Facsimile: (253) 383-4501
Email: sfreeman@freemanlawfirm.org

COMPLAINT - 33