THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FALCON ENTERPRISES, INC., a California Corporation; and FALCON FOTO, LLC, a California Company,<br><br>Plaintiffs,<br><br>v.<br><br>FCI INC., a Washington Corporation d/b/a FLYING CROCODILE INCORPORATED; ACCRETIVE TECHNOLOGY GROUP, INC., a Washington Corporation; ROSS PERKINS and JANE DOE PERKINS, individually, and the marital community composed thereof, and d/b/a Flying Crocodile Incorporated and/or Accretive Technology Group, Inc.; SHAWN BODAY and JANE DOE BODAY, individually, and the marital community composed thereof, and d/b/a Flying Crocodile Incorporated and/or Accretive Technology Group, Inc.; and DOES 1-10,<br><br>Defendant. | No. CV07-0311 JCC<br><br>**DECLARATION OF MOSES LESLIE IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT DISMISSING CERTAIN CLAIMS AND AWARDING ATTORNEYS' FEES**<br><br>Noted On Motion Calendar:<br>February 22, 2008 |

I, Moses Leslie, hereby declare under penalty of perjury under the laws of the State of Washington and the United States of America that the following is true and correct:

1. I am the Lead System Administrator for FCI, Inc. ("FCI") and in this capacity I am responsible for maintaining FCI's systems and servers. FCI is an Internet services company which owns and operates the PornParks website. PornParks is a "free hosting"

DECLARATION OF MOSES LESLIE IN SUPPORT OF
DEFENDANTS' MOTION FOR PARTIAL SUMMARY
JUDGMENT - 1
CASE NO. CV07-0311 JCC
118105.0010/1444088.3

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

website that provides free web server space and network bandwidth to third-party users, which allows the users to create and operate their own websites.

2. FCI is the successor to "Flying Crocodile, Inc.," a company that was widely known in the Internet industry as "FCI" since 2001. FCI was incorporated on March 26, 2001, effecting what was essentially a name change. FCI continued to do business under the trade name of "Flying Crocodile" following its incorporation. FCI is a wholly-owned subsidiary of Accretive Technology Group, Inc. The individual defendants (Ross Perkins and Shawn Boday) in this lawsuit are shareholders of Defendant Accretive. Mr. Perkins and Mr. Boday have never had any involvement or role in FCI's technical review of the websites created by users of PornParks.

3. On November 8, 2006, "Flying Crocodile, Inc." was listed as the Digital Millennium Copyright Act ("DMCA") designated agent of the PornParks website. The first notice by Plaintiffs of the infringements alleged in this lawsuit was addressed to FCI, Inc. at its present business address of 417 Virginia Street, Suite 200, Seattle, Washington, 98101. This is the same address listed on the DMCA designated agent form for receiving notice of alleged infringement on file with the United States Copyright Office. True and correct copies of plaintiff's notice of alleged infringement letter and the designated agent form are attached hereto as Exhibits A and B, respectively.

4. It appears clear from these actions by Plaintiffs that Plaintiffs knew the proper address and company to which their notice should be sent. In addition, Plaintiffs and FCI entities had several prior dealings with each other prior to the date of Plaintiffs' notice. Examples of these dealings are as follows. Plaintiff Falcon Foto and Flying Crocodile, Inc. entered into a non-exclusive license agreement on November 12, 1999 for the use of an 8x10 image of a model for use in a Year 2000 calendar. Plaintiff Falcon Foto and Flying Crocodile, Inc. entered into another license agreement on October 2, 2000 that granted the non-exclusive use of rights to an unspecified number of images for various uses in connection

DECLARATION OF MOSES LESLIE IN SUPPORT OF
DEFENDANTS' MOTION FOR PARTIAL SUMMARY
JUDGMENT - 2
CASE NO. CV07-0311 JCC
118105.0010/1444088.3

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

with the website www.sexspaces.com. A third license agreement between these parties and a former Flying Crocodile officer and shareholder granted the non-exclusive use of an unspecified number of images in connection with the www.sextracker.com and www.freehosts.net websites. Plaintiff Falcon Enterprises, Inc. and a d/b/a of Flying Crocodile, Inc. ("Flying Crocodile Sex Tracker") entered into a Non-Exclusive License Agreement for certain works in March 2000. A true and correct copy of this last agreement is attached hereto as Exhibit C.

5. Within about one hour of receipt of Plaintiffs' notice letter, FCI terminated the PornParks account of the user that uploaded the allegedly infringing images, and FCI removed all of the images from the Internet. Defendants obtained knowledge of the alleged infringements for the first time when it received Plaintiffs' notice letter on November 8, 2006. FCI and the other Defendants had no knowledge of the alleged infringements prior to this notification.

6. Potential users can visit the PornParks site and sign up for a free account by providing a username and password. Once a user creates an account, he or she can design and upload a website of his or her own. To do so, the user must use a File Transfer Protocol Client, a software program used to transfer files from a user's computer to a web server. Defendants do not re-arrange or otherwise move or manipulate any images or other features of a user's website.

7. By creating and maintaining an account, a user specifically agrees to adhere to PornParks' Acceptable Use Policy, which is accessible on the PornParks homepage. The Policy, as used in 2006 and as presently used (a true and correct copy of which is attached hereto as Exhibit D), expressly stated:

**Provision of Services**

DECLARATION OF MOSES LESLIE IN SUPPORT OF
DEFENDANTS' MOTION FOR PARTIAL SUMMARY
JUDGMENT - 3
CASE NO. CV07-0311 JCC
118105.0010/1444088.3

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

PornParks will provide services on its host computing systems to customers in exchange for banner advertising on Customer's PornParks-hosted sites and compliance with this Acceptable Use Policy.

\* \* \*

**Use of Internet Services**

Customer agrees not to use PornParks services to violate copyright or other intellectual property rights. For example, Customer may not upload or download commercial software in violation of software license agreements. Customer agrees to use the services provided by PornParks as permitted by applicable local, state, and federal laws. Customer agrees, therefore, not to use these services to conduct any business or activity that is prohibited by law.

\* \* \*

**Illegal Material**

PornParks assumes no legal liabilities relating to Customer's use of [Free Host's] computer network and equipment. However, PornParks requires that its customers not use [Free Host's] network for illegal purposes.

\* \* \*

PornParks makes no representations concerning any attempt to review the content of sites hosted on its servers, and so PornParks is not responsible for the accuracy, copyright compliance, legality or decency of material contained in sites hosted on its servers.

The "Frequently Asked Questions" page of the PornParks site also expressly informs users that certain content is not allowed under any circumstances:

**What is NOT allowed?**

\* \* \*

- **Unlicensed content - -** *all of the images on your site must be licensed for your use. Images posted on news groups and found on free sites are NOT "in the public domain."*

A true and correct copy of PornParks' "Frequently Asked Questions" page (including the form and content used in 2006 and presently) is attached hereto as Exhibit E.

DECLARATION OF MOSES LESLIE IN SUPPORT OF
DEFENDANTS' MOTION FOR PARTIAL SUMMARY
JUDGMENT - 4
CASE NO. CV07-0311 JCC
118105.0010/1444088.3

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

8. The following facts are true with respect to 2006, and are also true with respect to the present time and over the past several years. FCI did not actively monitor for infringing content the websites created by PornParks users (including the websites of the user involved in this lawsuit). When a user created a PornParks account and uploaded his or her website, FCI briefly reviewed it in an attempt to ensure that its technical functioning was correct. At the end of this process, a link chosen by FCI was automatically placed at the top of the first page of the user's website. No other links chosen by FCI were contained on users' websites. While the PornParks' users' websites vary considerably in style and content, the users' websites typically contained a number of other links chosen by and for the benefit of the user. FCI's brief technical review did not allow FCI to determine if a user had created a website with particular models, much less whether a particular image contained a copyright mark. Even if FCI could visually identify a copyright mark during its technical review, it would have no way of knowing if the copyright belonged to the user or if the image had been licensed to the user. The licensing of images is and was a very common business practice in the adult Internet industry. Once a user had agreed to the PornParks Acceptable Use Policy by promising, among other things, that he or she will not violate any copyright laws and FCI had completed its technical review, FCI typically did not review a user's website again. A user could, without any knowledge or notice to PornParks, post new photos on the user's website. If this occurred, FCI would never see the photographs at all. In this case, FCI and the other Defendants were completely unaware that the Subject Images allegedly infringed any copyright until Plaintiffs' notice of alleged infringements was received on November 8, 2006.

9. The PornParks site has a specific, functioning email address – abuse@pornparks.com – where abuse of PornParks' systems can be reported. This email address has been accessible from the PornParks site and has been continuously functioning since long before the alleged infringements in this case occurred. Once a complaint is

DECLARATION OF MOSES LESLIE IN SUPPORT OF
DEFENDANTS' MOTION FOR PARTIAL SUMMARY
JUDGMENT - 5
CASE NO. CV07-0311 JCC
118105.0010/1444088.3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

received, whether via the abuse@pornparks.com email address or through other means, PornParks identifies the specific user at issue and notifies the user of the alleged violation. PornParks then terminates the user's account if the complaint may have merit.

10. Under no circumstances whatsoever do Defendants tolerate any blatant infringement. All complaints are taken seriously and if evidence of potential infringement is found, the user's account is promptly terminated.

11. Plaintiffs have identified certain Internet addresses where the Subject Images were allegedly located. These identified Internet addresses were addresses of a number of separate websites created by one PornParks's user. I know this to be true based on my review of this user's account and his websites following FCI's receipt of Plaintiffs' notification letter dated November 8, 2006 (Exhibit A).

12. This PornParks user had numerous thumbnails of images on his websites. He had many more thumbnails on each of his websites than the typical PornParks' user's website. Each of these thumbnails could be clicked-through by an Internet surfer to allow the surfer to see a full-sized version of the particular image.

13. FCI and myself have made certain findings over the years regarding the volume of click-throughs which FCI is likely to obtain from its link on the top of the first page of a PornParks' user's website. We have found that this volume is not based on the quality of any images available on the users' websites. This volume is based primarily on the number of images or links that can be clicked-through on the user's website. We have determined that this is simply a situation where the higher the number of possible items a surfer can click on a given page, the less the chance that a surfer will click-through FCI's link

DECLARATION OF MOSES LESLIE IN SUPPORT OF
DEFENDANTS' MOTION FOR PARTIAL SUMMARY
JUDGMENT - 6
CASE NO. CV07-0311 JCC
118105.0010/1444088.3

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

at the top of the first page of a user's website.

SIGNED this 31st day of January, 2008 at Seattle, Washington.

_____
Moses Leslie

DECLARATION OF MOSES LESLIE IN SUPPORT OF
DEFENDANTS' MOTION FOR PARTIAL SUMMARY
JUDGMENT - 7
CASE NO. CV07-0311 JCC
118105.0010/1444088.3

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under |
| 3 | the laws of the State of Washington, that on January 31, 2008, the document attached hereto |
| 4 | was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In |
| 5 | accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court |
| 6 | will send e-mail notification of such filing to the following persons: |

Robert S. Apgood
Michael J. Boyle
CarpeLaw PLLC
2400 NW 80th Street #130
Seattle, WA 98117-4449
T: 206-624-2379
F: 206-784-6305
rob@carpelaw.com
mike@carpelaw.com
*AND*
Spencer D. Freeman
Freeman Law Firm, Inc.
2401 North 30th Street
Tacoma, WA 98403
T: 253-383-4500
F: 253-383-4501
sfreeman@freemanlawfirm.org
*Attorneys for Plaintiffs*

Executed on 31 January 2008 at Seattle, Washington.

s/Maureen Doherty
Maureen Doherty
Legal Secretary
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
Tel: 206.223.7000
Fax: 206.223.7107
Email: dohertym@lanepowell.com
Attorney(s) For Defendants

DECLARATION OF MOSES LESLIE IN SUPPORT OF
DEFENDANTS' MOTION FOR PARTIAL SUMMARY
JUDGMENT - 8
CASE NO. CV07-0311 JCC
118105.0010/1444088.3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107